

# NUMBER 13-18-00654-CV

# COURT OF APPEALS

# THIRTEENTH DISTRICT OF TEXAS

# CORPUS CHRISTI - EDINBURG

VALERIA BARTHEL,                                                    APPELLANT,

v.

PETRA DE LEON,                                                      APPELLEE.

## On appeal from the 445th District Court
## of Cameron County, Texas.

# MEMORANDUM OPINION

**Before Chief Justice Contreras and Justices Benavides and Hinojosa**
**Memorandum Opinion by Justice Hinojosa**

Appellant, Valeria Barthel, perfected an appeal from a judgment entered by the 445th District Court of Hidalgo County, Texas, in cause number 2016-DCL-05644-I. The parties have filed a joint motion to dismiss the appeal on grounds that the parties have resolved this dispute. The parties request that this Court dismiss the appeal.

The Court, having considered the documents on file and the joint motion to dismiss, is of the opinion that the motion should be granted. *See* TEX. R. APP. P. 42.1(a). The joint motion to dismiss is granted, and the appeal is hereby DISMISSED. In accordance with the agreement of the parties, costs are taxed against the party incurring same. *See* TEX. R. APP. P. 42.1(d). Having dismissed the appeal at the parties' request, no motion for rehearing will be entertained, and our mandate will issue forthwith.

LETICIA HINOJOSA
Justice

Delivered and filed the
4th day of April, 2019.